
FILED
JUN 14 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Renee Ferebee, )
)
    Plaintiff, )
)
v. ) Civil Action No. 18-1165 (UNA)
)
Civil Rights Division, )
)
    Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis* (IFP). Under the statute governing IFP proceedings, the Court is required to dismiss a case "at any time" if it determines that the action is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" are subject to dismissal as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Denton v. Hernandez*, 504 U.S. 25, 33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). The instant complaint satisfies this standard.

Plaintiff has submitted a document captioned "Potential Lawsuit Claim (Autobiography) Civil Rights Being Violated." Based on the address of the defendant, plaintiff purports to sue the Department of Justice's Civil Rights Division, *see* Compl. Caption, for "two tillion [sic] dollars[,]" Compl. at 2. Plaintiff begins: "As I am writing this claim, among my unstable fellow

men and women, I am being molested, raped, day in and day out." *Id.* at 1. Plaintiff ponders whether she should be like the late Rev. Martin Luther King, Jr., and "turn the other cheek," but then describes her "stand [as] more like the late Harriet Tubman, who didn't turn her cheek" but instead used her gun. *Id.* The complaint continues in this largely incoherent manner and concludes: "The late John F. Kennedy ask: Ask not what the Country have done for us, but Ms. Renee asks, what in the hell (Civil Rights) are you doing for Ms. Renee." *Id.* at 2.

The instant complaint is comprised of incredible accusations having nothing to do with the named defendant and an unfocused diatribe. It lacks a cogent statement of facts. Because the Court foresees no possibility of a cure, it will dismiss this action with prejudice. *See Firestone v. Firestone*, 76 F.3d 1205, 1209 (D.C. Cir. 1996) (A dismissal with prejudice is warranted upon determining "that 'the allegation of other facts consistent with the challenged pleading could not possibly cure the deficiency.'") (quoting *Jarrell v. United States Postal Serv.*, 753 F.2d 1088, 1091 (D.C. Cir. 1985) (other citation omitted)). A separate order accompanies this Memorandum Opinion.

_____s/_____
JAMES E. BOASBERG
United States District Judge

Date: June 12, 2018